1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

9

10  SHARLENE PENTECOST,                    Civil No. C16-5795 RSM

11         Plaintiff,

12         vs.                              ORDER

13  NANCY A. BERRYHILL,
    Acting Commissioner of Social Security[1],
14
           Defendant.

15
    Based on the stipulation of the parties it is hereby ORDERED that the above- captioned
16
    case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further
17
    administrative proceedings, including the following actions:
18
    • The ALJ will conduct a new hearing, further develop the record and issue a new decision;
19

20

21

22

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Page 1       ORDER - [3:16-CV-05795-RSM]

- The ALJ will reevaluate and further develop the medical and "other source" evidence or record;

- As warranted, obtain evidence from a medical expert to clarify the nature, severity and limiting effects of the Plaintiff's right shoulder impairment;

- The ALJ will reevaluate the credibility of Plaintiff's testimony and complaints;

- The ALJ will reevaluate Plaintiff's RFC pursuant to SSR 96-8p and 11-2p, and;

- The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 16th day of March 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov