UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARLENE PENTECOST,  ) CIVIL NO. C16-5795 RSM
    Plaintiff,  )
  )  ORDER FOR ATTORNEY'S FEES
v.  ) PURSUANT TO 42 U.S.C. § 406(b)
  )
NANCY BERRYHILL,  )
Acting Commissioner of Social Security,  )
    Defendant.

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $8,487.00 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received a fee under the Equal Access to Justice Act of $1,420.96, Social Security is directed to send a net fee of $7,066.04 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

DATED this 4th day of May 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) [No. 2:16-cv-05795-RSM] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

Presented by:

S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff